AO 93 (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

**2070 Bechelli Lane**
**Apartment 34**
**Redding, California**

**SEARCH WARRANT**

Case Number: 3:09-SW-0005 CMK

TO: __Peter A. Jackson, Special Agent, Federal Bureau of Investigation__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Peter A. Jackson, Special Agent, Federal Bureau of Investigation__ who has reason to believe

Affiant

that ☐ on the person of, or ☒ on the premises known as (name, description and/or location)

**2070 Bechelli Lane**
**Apartment 34**
**Redding, California**

in the ___Eastern___ District of ___California___ there is now concealed a certain person or property, namely (describe the person or property)

**See attachments A and B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED TO search on or before

3-13-09
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search

☒ in the daytime -- 6:00 A.M. to 10:00 P.M.  ☐ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken and prepare a written inventory of the person or property seized and promptly return this warrant to

**Honorable Craig M. Kellison** as required by law.
U.S. Magistrate Judge (Rule 41(f)(f4))

3-3-09 @ 1:15 p.m.                at   **Redding, California**
Date and Time Issued                     City and State

**Honorable Craig M. Kellison**
**U.S. Magistrate Judge**
Name and Title of Judge                  Signature of Judge

# ATTACHMENT A

## LIST OF ITEMS TO BE SEARCHED FOR AND SEIZED

1. Images and/or videos of minors engaged in sexually explicit conduct and files containing images and/or videos of minors engaged in sexually explicit conduct in any form wherever they may be stored or found including:

   a. Any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG) and any electronic data storage devices including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums;

   b. originals and copies of visual depictions of minors engaged in sexually explicit conduct; and

   c. motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct;

2. Information or correspondence pertaining to the receipt, possession or transportation of visual depictions of minors engaged in sexually explicit conduct that was transmitted or received using a computer including:

     a.   Any peer-to-peer software, such as the "LimeWire" program, which enables the user to transmit and receive images of Child Pornography from or to the computer.

     b.   Correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing receipt, possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct; and

     c.   ledgers and records bearing on the receipt, request, trade, purchase, or transaction of any kind involving the transmission through interstate or foreign commerce by computer of visual depictions of minors engaged in sexually explicit conduct.

3. Records or other items which evidence ownership or use of equipment or software found in the computer, including, but not limited to, registry and setup information within the computer's operating system and customized changes made to the operating system's directory structure.

4. Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.

5.   Any and all documents, records, e-mails, and Internet history (in documentary or electronic form) pertaining to the possession, receipt or distribution of Child Pornography or visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, or pertaining to an interest in Child Pornography whether transmitted or received.

6.   Any and all records, documents, invoices, notes and materials that pertain to accounts with

- 23 -

any Internet Service Provider, as well as any and all records relating to the ownership or use of computer equipment found in the residence.

7. Documents and records regarding the ownership and/or possession of the searched premises.

8. During the course of the search, photographs of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

# ATTACHMENT B

## DESCRIPTION OF LOCATION TO BE SEARCHED

The property assigned the address of 2070 Bechelli Lane in Redding, California, is an eight-building apartment complex located on the west side of Bechelli Lane. There are two wooden posts located near the front entrance of the property. A wood beam spans above the two posts. The numbers "2070" are brown in color and are painted on a wooden sign hanging from the beam. The sign also bears the name of the apartment complex, "Manzanita Manor." The building at the northwest corner of the apartment complex is marked with the numbers "33-38" which are affixed to the northeast corner of the building. The building is a two-story, multi-family apartment building. The building is tan in color with brown trim and a brown composite roof. There are two entrance doors located on the northwest side of this building. Upon entering the north entrance door of the building, there is a white apartment door on the second floor slightly to the left of the building entrance door. This apartment door is marked with the number "34."

# ATTACHMENT C

# LIMITATION ORDER

1. The court anticipates that the person(s) who have computer materials (including software)/items (computer hardware) seized as a result of this warrant have information stored on the computer, items, or otherwise have planned to utilize and access such materials/items, which has no pertinence to the criminal investigation underlying the issuance of this warrant. Computer materials and items, which are not needed for the criminal investigation or potential forfeiture, should be returned to the person(s) from whom seized as soon as practicable.

2. Therefore, the Federal Bureau of Investigation (FBI) and other agencies associated with this search shall copy/download what software it needs to copy for purposes of the criminal investigation, and subject to the evidentiary requirements of the case, shall return the original or a copy of the materials (software) seized to the affected persons. To the extent possible and permitted, all electronic copying should be performed on the premises where the computer hardware is located. Computer hardware, which is not needed to be maintained by the FBI or U.S. Attorney for evidentiary purposes, shall also be returned. If computer software and hardware is required to be removed from the premises, the time for return shall be within 60 days of the date of this order. Should all designated-to-be-returned material/items encompassed by this order not be able to be returned in such a time period, the U.S. Attorney shall seek from the undersigned a modification of the substance of this order or an extension of the time limitations in this order upon good cause shown.

3. Good cause will be evaluated in light of cooperation of the person from whom the computer materials/information have been seized in permitting information to be copied/downloaded as well as evidentiary stipulations made with respect to chain of custody and

authentication of information received. The FBI or U.S. Attorney may not use the press of its business as an excuse for not copying/downloading the computer information in a timely fashion.

4. If computer hardware or original software is to be indefinitely retained, the U.S. Attorney or appropriate Assistant U.S. Attorney shall file a pleading within 120 days of the seizure of the computer hardware in which he or she certifies that retention of the computer materials is necessary for evidentiary purposes of the case, or for potential forfeiture.

AO 93 (Rev. 12/03) Search Warrant

| **RETURN** | | Case Number: | 3:09-SW-0005 CMK |
|---|---|---|---|
| DATE WARRANT RECEIVED 3/3/09 | DATE AND TIME WARRANT EXECUTED 3/4/09  11:00 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH BRANDON M. WALTERS | |
| INVENTORY MADE IN THE PRESENCE OF  BRANDON M. WALTERS | | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached copy of FD-597, Receipt for property.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   3-5-09
Signature of Judge   Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # **305D-SC-43102**

On (date) **3/4/09**

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) **BILLY LAURIE**

(Street Address) **2070 Bechelli Lane, Apt 34**

(City) **Redding, CA**

Description of Item(s):
1. 19 CDs, 1 zip disk, 1 3.5" disk, + 1 thumb drive
2. Logitech PC camera
3. 30 GB iPod SN 8L723FBEV9M
4. Samsung MetroPCS cell phone
5. Charter bill Account 8751 75 001 028 1969 June 21, 2008; paper w/ e-mail address; + copy of enlarged $100 bill
6. Gateway GT5082 CPU SN: XCM6701003798

Not Used P45

Brandon M. Walters

Received By: _____ (Signature)

Received From: _____ (Signature)